UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. C-10-02573-DMR |
| Plaintiff, | **ORDER RE DISMISSAL OF CASE WITH PREJUDICE** |
| v. | |
| CARL and JOYCE NIYATI, | |
| Defendants. | |

On November 16, 2010, the parties filed a stipulated dismissal under Fed.R.Civ.P. 41(a), in which the parties jointly requested that the Court retain jurisdiction over enforcement of the settlement agreement that has been reached between the parties. Pursuant to the parties' stipulated dismissal under Fed.R.Civ.P. 41(a), this matter is dismissed with prejudice, but the Court shall retain jurisdiction over enforcement of the settlement agreement for a period not to exceed 12 months from the date of this Order. Immediately upon receipt of this Order, Plaintiff shall serve a copy of this Order on Defendants and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: November 16, 2010

DONNA M. RYU
United States Magistrate Judge